Núm. 7566.—E. Solé & Co., aplda., *v.* Sancho Bonet, Tes., et als., apltes—C. D. San Juan. ▆▆▆▆ Julio 23, 1937.

Por los motivos consignados en la opinión emitida en el día de hoy en el recurso núm. 7565, *Auto Body Corporation* v. *Sancho Bonet, Tesorero de Puerto Rico, et als.* (ante pág. 53), se declara sin lugar la moción de los apelantes sobre aumento de fianza sin perjuicio de que puedan presentar su petición en la corte de distrito que expidió el *injunction.*

El Juez Asociado Señor Córdova Dávila no intervino.

Núm. 986.—Fonseca, recurrente *v.* Registrador, recurrido.—▆▆ ▆▆ ▆▆▆▆▆▆ Julio 23, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Examinada la nota del Registrador a la luz de su alegato, vista la sección 2 de la Ley de 1902, titulada "Ley sobre recursos contra las resoluciones de los registradores de la propiedad" (Estatutos Revisados de 1911, pág. 450, sec. 2181) y atendidas las circunstancias del caso, se confirma la referida nota.

El Juez Asociado Sr. Córdova Dávila no intervino.